| JS 44 (Rev. 07/89) | | CIVIL COVER SHEET | |
|---|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

SHELL GUAM, INC.,
a Guam corporation,

**DEFENDANTS**                                            CIV03-00020

M/V TENRYU MARU NO. 28

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

ATTORNEYS (IF KNOWN)

UNKNOWN AT THIS TIME.

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Arrest and foreclosure and sale upon a maritime claim and lien.

RECEIVED JUL 28 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
DEMAND $ **$31,223.11**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE
July 28, 2003

SIGNATURE OF ATTORNEY OF RECORD
Steven A. Zamsky, Esq., ZAMSKY LAW FIRM

UNITED STATES DISTRICT COURT

ORIGINAL

Case 1:03-cv-00020 Document 1 Filed 06/16/2003 Page 1 of 1

```
 1  Steven A. Zamsky, Esq.
    ZAMSKY LAW FIRM
 2  Suite 805, GCIC Building
    414 West Soledad Avenue
 3  Hagåtña, Guam USA 96910
    Telephone: (671) 477-3637
 4  Facsimile : (671) 472-1584
 5
 6
 7  Attorneys for Plaintiff Shell Guam, Inc.
 8
```

FILED
DISTRICT COURT OF GUAM
JUN 16 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

**03-00020**

| | |
|---|---|
| SHELL GUAM, INC., ) | CIVIL CASE NO. CIV_____ |
| a Guam corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **VERIFIED** |
| vs. ) | **COMPLAINT** *IN REM* |
| ) | |
| M/V TENRYU MARU NO. 28, ) | |
| ) | |
| Defendant. ) | |

**COMES NOW** Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff Shell**") and alleges as follows:

### JURISDICTION

1. This is a case of admiralty and maritime jurisdiction, as will more fully appear, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 USC §1292.

## PARTIES

2. At all times which shall be mentioned **Plaintiff Shell**, was and still is a corporation duly organized and existing under and by virtue of the laws of Guam USA, with an office and principal place of business in Guam.

## FACTUAL ALLEGATIONS

3. On information and belief the M/V Tenryu Maru No. 28 (hereinafter referred to as the **"Vessel"** or **"M/V Tenryu Maru No. 28"**) is now, and/or during the pendency of this action will be, within this district.

4. From September 16, 2002 through February 3, 2003 the **Vessel's** agent requested that Shell delivered petroleum products to the **Vessel**.

5. From September 16, 2002 through February 3, 2003, **Plaintiff Shell** in fact provided those services to the **Vessel** which are unpaid in a total amount of $31,223.11.

6. The Agreement between **Plaintiff Shell** and the **Vessel** provides for the payment of attorneys fees if an action is brought to collect any amounts owed to **Plaintiff Shell**.

7. As of June 16, 2003, the total amount of principal due and owing is $31,223.11, plus interest thereon at the rate of 18% per annum from the 30th day of each delivery.

8. **Plaintiff Shell** is entitled to the payment of its attorneys fees and costs.

///

///

///

**WHEREFORE**, **Plaintiff Shell Guam, Inc.** prays:

1. For Judgment against the **Vessel** in the amount of $31,223.11, plus interest at the rate of 18% per annum and **Plaintiff Shell's** attorneys fees and costs.

2. That process in due form of law, according to the practices of this Honorable Court, in causes of admiralty and maritime jurisdiction, issue against the **M/V Tenryu Maru No. 28**, her engines, tackle, equipment, and furnishings, etc., and that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular the matters aforesaid, with interest and costs; that **Plaintiff Shell** have a decree for its damages aforesaid, with interest, attorneys fees, and costs; and that the **M/V Tenryu Maru No. 28** be condemned and sold to satisfy **Plaintiff Shell Guam, Inc.'s** Judgment.

3. That **Plaintiff Shell** have such other and further relief as this Court and justice may deem just and appropriate under the circumstances.

Dated this 16 day **June 2003**.

        ZAMSKY LAW FIRM
        **Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
      STEVEN A. ZAMSKY

# VERIFICATION

I, **Philip W. Stalker, Vice President/Director of Finance** of **Shell Guam, Inc.**, have read the foregoing **Verified Complaint *In Rem*** and know the contents thereof, and that they are true and correct to the best of my knowledge and belief, except as to the matters therein stated on information and belief, and as to those matters believe them to be true.

Dated this 16th day of **June 2003**.

_____
PHILIP W. STALKER

**GUAM USA**                    )
                                ) ss:
**MUNICIPALITY OF HAGÅTÑA**     )

On this 16th day of **June 2003**, before me, the undersigned Notary Public, duly commissioned in and for Guam USA, personally appeared **Philip W. Stalker**, known to me to be the **Vice President/Finance Director** of **Shell Guam, Inc.** and acknowledged to me that he executed the foregoing **Verified Complaint *In Rem*** in such capacity, being fully authorized to do so, and for the purposes and considerations contained therein.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal the date last above written.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695.)\PLD\P#1903