Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V TENRYU MARU NO. 28, <br><br> Defendants. | CIVIL CASE NO. CIV 03-00020 <br><br> MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST AND DIRECTING MARSHALL TO ARREST AND TO TAKE POSSESSION OF VESSEL <br><br> [Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3)] |

COMES NOW Plaintiff Shell Guam, Inc. and alleges as follows:

1. That on June 16, 2003, the above captioned case was filed to foreclose a maritime lien.

2. Plaintiff Shell Guam, Inc. is entitled to an order for, and arrest of, the M/V Tenryu Maru No. 28.

3. That the Vessel Tenryu Maru No. 28 is presently located in the Port Authority of Guam, Piti, Guam USA.

4. This is an *in rem* action.

ORIGINAL

Page 2
Motion for Order Authorizing Issuance of Warrant of Arrest and Directing Marshall to Arrest and to take Possession of Vessel
[Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3)]
Shell Guam, Inc. v. M/V Tenryu Maru No. 28

**WHEREFORE**, Plaintiff Shell Guam, Inc. moves the Court, pursuant to Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3) for an order as follows:

1. Authorizing and directing the Clerk of this Court to issue a Warrant for Arrest of the Vessel Tenryu Maru No. 28.

2. Directing the United States Marshall to serve the Warrants for Arrest as provided by law.

3. Appointing Captain Jurgen Unterberg to act as custodian and to take possession of the Vessel Tenryu Maru No. 28.

4. Providing that the sole responsibility of the United States Marshall is to serve the Warrant for Arrest and that the United States Marshall shall have no responsibility or liability respecting the custody of the Vessel Tenryu Maru No. 28.

Dated this 16 day of **June 2003**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#1904