Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 16 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV 03-00020 |
| Plaintiff, | [~~PROPOSED~~] *Jet For ISY* ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST |
| vs. | |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

Upon reading the Verified Complaint *In Rem* and Motion for Issuance of Process of Maritime Arrest filed herein, and supporting Request for Review and Affidavit and good cause appearing therefor, it is this _16th_ day of June 2003, by the United States District Court for the District of Guam USA:

**ORDERED**:

1. The Clerk of this Court is authorized and directed to issue a Warrant for Arrest of the Vessel Tenryu Maru No. 28;

ORIGINAL

2. The United States Marshall is directed to serve the Warrant for Arrest as provided by law;

3. Captain Jurgen Unterberg is appointed to act as custodian and to take possession of the Vessel Tenryu Maru No. 28; and

4. The sole responsibility of the United States Marshall is to serve the warrant and that the United States Marshall shall have no responsibility or liability respecting the custody of the Vessel Tenryu Maru No. 28; and it is further

**ORDERED**, that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff Shell Guam, Inc., be entitled to an order requiring the Plaintiff Shell Guam, Inc. to show cause forthwith why the arrest should not be vacated or other relief granted.

**SO ORDERED** this 16th day of June 2003.

HONORABLE JOHN S. UNPINGCO
Chief Judge

Z8(004.695)\PLD\P#1905

RECEIVED
JUN 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM