Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF PUBLICATION |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

GUAM USA ) 
) ss:
MUNICIPALITY OF HAGÅTÑA )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. That I am a United States citizen, over the age of eighteen (18), and not interested in the outcome of this case.

2. That I am employed in the Classified Ads Division of the Pacific Daily News, a newspaper of general circulation in Guam USA.

ORIGINAL

Page 2
Affidavit of Publication
Shell Guam, Inc. v. M/V Tenryu Maru No. 28
District Court of Guam Civil Case No. CIV03-00020

3. That on **JULY** 8, 2003, I caused to print and publish in the Classified Ads of said newspaper, a true copy of the attached **NOTICE OF ACTION AND ARREST**.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 8th day of **July 2003**.

_____
**FAYE S. VASAPOLLI**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for **Guam USA**, this 8th day of **July 2003**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#1922

Newspaper page of classified legal notices and advertisements from Pacific Daily News, Tuesday, July 8, 2003, page 34.

## Guam Housing Corporation
Korporasion Ginina' Guahan
GHC P.O. Box 3457 Hagatna, Guam 96932

Felix P. Camacho, Governor
Kaleo S. Moylan, Lt. Governor

**REQUEST FOR PROPOSAL (RFP)**
**HAZARD INSURANCE**
**RFP NO. 02-2003**

This notice is paid by Guam Housing Corporation.

Guam Housing Corporation (GHC) is soliciting proposals from interested and qualified offerors for Hazard Insurance. Offerors submitting proposals must be licensed to do business in Guam.

Copies of Scope of Work are available from 8:00 a.m. - 5:00 p.m. at the Guam Housing Corporation office, 2nd Floor, ITC Building in Tamuning.

Proposals should be submitted no later than **4:00 p.m.** on **July 25, 2003**.

GHC hereby notifies all offerors that it will affirmatively insure that in any contact entered into pursuant to this advertisement, small business enterprises will be afforded full opportunity to submit proposals and will not be discriminated against on grounds of race, color, national origin, political affiliation, creed, sex, religion, age, familial status, and disability status.

Should you require any information, please contact Ms. Carolyn Reyes, Assistant Supply Management Administrator at 647-4143.

/s/MR. CHRISTOPHER S. MURPY
Acting President

---

**What planet are you from?**



**The news is out there**
The Pacific Daily News is now ONLINE.
• Local News • Lifestyle • Opinion • Sports
• Classifieds • National and International News Online

www.guampdn.com  Pacific Daily News
FOR ADVERTISING OPPORTUNITIES Call: 477-9711 ext. 203

---

**PACIFIC ISLANDS CLUB GUAM**
**WE'RE BACK! Reopening a Tower**

We are seeking Professional Individuals who strive to make interaction lively and exceptional to fill the following vacancies:

- Chief Steward
- Front Desk Supervisor
- Front Desk Agent
- Reservations Agent
- Day Guest Attendant (PT)
- Guest Service Attendant
- Room Attendant
- Linen Attendant
- Public Area Supervisor
- Public Area Attendant
- Accounts Receivable Clerk
- Stock Controller
- Administrative Secretary
- Clubmate
- Pool Maintenance Supervisor
- General Maintenance
- Gardener
- Electrician
- A/C Technician
- Honor Bar Loader
- Wait Staff
- Cooks

We offer a competitive base salary, attractive benefits package, and a fun work environment. Qualified individuals are encouraged to complete an application or send a resume:
Human Resources Department, 210 Pale San Vitores Road, Tamuning, GU 96913
Or Email: tt@picguam.com;
Applications accepted: 9:00 am to 1:00pm Mon to Sat.

Police Clearance is required with all applications and resumes.

---

**IN THE SUPERIOR COURT OF GUAM**

IN THE MATTER OF THE ESTATE OF JESUS MATERNE SANTOS, Deceased.
PROBATE CASE NO. PR0062-03
NOTICE OF HEARING; PETITION

THIS NOTICE IS REQUIRED BY LAW. YOU ARE NOT REQUIRED TO APPEAR IN COURT UNLESS YOU DESIRE.

1. NOTICE IS HEREBY GIVEN that FRANK S. SANTOS has filed a Petition for Probate of Will and for Letters of Administration with Will Annexed upon the estate of the Decedent named above, reference to which Petition is hereby made for further particulars.
2. A Hearing on the Petition is set for the 15th day of July, 2003, at 9:00 a.m., in the courtroom of the Superior Court of Guam, Hagåtña, Guam.
Date: 6/9/2003.

RICHARD B. MARTINEZ
Acting Clerk of Court
Superior Court of Guam

By: /s/ Therese M. Blas, Deputy Clerk

---

**GENERAL ORDER**
No. 00-00014

The "Pacific Daily News", a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---

[Additional legal notices in remaining columns including: FIFTH AMENDED NOTICE OF SALE UNDER MORTGAGE (WALTER H. BECK and MONICA N. BECK); NOTICE OF SALE UNDER MORTGAGE (RAYMOND A. CRUZ and JACINTA V.S. CRUZ); IN THE DISTRICT COURT OF GUAM — SHELL GUAM, INC. vs. M/V HIRO MARU NO. 11, Civil Case No. CIV03-00019, NOTICE OF ACTION AND ARREST; and SHELL GUAM, INC. vs. M/V TENRYU MARU NO. 28, Civil Case No. CIV03-00020, NOTICE OF ACTION AND ARREST — attorneys Zamsky Law Firm, Steven A. Zamsky.]

**HOME DELIVERY**
Subscribe Today and Save 34% OFF The News Stand Price
Call Today! 472-1PDN
Pacific Daily News
www.guampdn.com