Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | MOTION FOR AN ORDER REGARDING WEATHER CONDITIONS |
| vs. | [NO HEARING REQUIRED] |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

COMES NOW, Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**") by and through its attorney of record, Steven A. Zamsky, Esq., of the Zamsky Law Firm, and advises this court of the matters hereinafter set forth and moves that this court enter an order as hereinafter set forth.

Counsel has been advised by the Custodian Captain Jurgen Unterberg (hereinafter "**Custodian**"), that the storm which is presently near Chuuk is likely to pass over Guam and it is possible that the winds will be strong enough to be a danger to the M/V Tenryu Maru No. 28 (hereinafter "**Vessel**").

ORIGINAL

The Vessel was abandoned by its owner at the time of its arrest and has no attorney or representative on Guam as far as known to Plaintiff.

The Vessel is not in a condition to be sailed.

Neither Plaintiff nor the Custodian desire to be responsible for any damage to the Vessel due to the storm.

If the storm does pass over Guam, it is presently forecast to do so on Sunday morning, August 17, 2003.

Plaintiff is therefore requesting an order now, but having it come into effect immediately upon Condition II being declared.

**WHEREFORE**, Plaintiff moves the entry for an order as follows:

1. At such time within one week of the date of the order as Condition II is declared on Guam, the arrest shall be released and stayed and the Plaintiff, U.S. Marshal and the Custodian shall have no responsibility for any damage to the Vessel.

2. Custodian shall, before Condition II is declared, secure the Vessel as well as is possible in light of all circumstances as is bet in his judgment.

///

///

///

///

///

Page 3
Motion for an Order Regarding Weather Conditions
Shell Guam, Inc. v. M/V Tenryu Maru No. 28
District Court of Guam Civil Case No. CIV03-00020

3. At such time as the Island of Guam is declared to be in Typhoon Condition IV, the award of arrest shall be effective and the Custodian and the U.S. Marshal shall retake possession of the Vessel.

Respectfully submitted this 15 day of **AUGUST 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _/s/ Steven A. Zamsky_
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#1981