Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 15 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | [PROPOSED] ORDER REGARDING WEATHER CONDITIONS |
| vs. | |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

The above-entitled action having come before this court without hearing upon Plaintiff Shell Guam, Inc.'s Motion for an Order Regarding Weather Conditions and good cause appearing therefor, it is

**ORDERED**:

1. That within one week of the date of the order as Condition II is declared on Guam, the arrest shall be released and stayed and the U.S. Marshal and the Custodian shall have no responsibility for any damage to the M/V Tenryu Maru No. 28 (hereinafter **"Vessel"**).

2. That the Custodian shall, before Condition II is declared, secure the Vessel as well as is possible in light of all circumstances as is best in his judgment.

3.  That at such time as the Island of Guam is declared to be in Typhoon Condition IV, the Warrant of Arrest shall be effective and the Custodian and the U.S. Marshal shall retake possession of the Vessel.

**SO ORDERED** this 15th day of **AUGUST 2003**.

for HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE

RECEIVED
AUG 15 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.676)\PLD\P#1982