Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

FILED
DISTRICT COURT OF GUAM
AUG 19 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV 03-00020 |
| Plaintiff, | WARRANT FOR ARREST OF VESSEL |
| vs. | [Supplemental Rules C and E(4)] |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

TO: UNITED STATES MARSHALL, DISTRICT COURT OF GUAM

GREETINGS:

**WHEREAS**, a Verified Complaint *In Rem* was filed in the United States District Court for the District of Guam USA on the 16th day of June 2003, by Plaintiff Shell Guam, Inc., whose attorney is Steven A. Zamsky, Esq., of the Zamsky Law Firm, asserting an admiralty and maritime lien and claim or cause of action *in rem* against the Vessel Tenryu Maru No. 28, more particularly described in said Verified Complaint, together with her engines, boilers, boats, machinery, tackle, fittings and appliances and,

ORIGINAL

**WHEREAS**, the attorney for Plaintiff Shell Guam, Inc. has filed a Verified Complaint *In Rem* against said Vessel Tenryu Maru No. 28 requesting the issuance of a warrant for the arrest of the Vessel Tenryu Maru No. 28 and for service of a copy of the Verified Complaint *In Rem* and Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel Tenryu Maru No. 28;

**YOU ARE THEREFORE COMMANDED** to forthwith arrest the said Vessel Tenryu Maru No. 28, her engines, boilers, boats, machinery, tackle, fittings and appliances, and to detain the same until the further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Verified Complaint *In Rem* filed herein and this Warrant for Arrest of Vessel upon the Master of other ranking officer or caretaker of the Vessel Tenryu Maru No. 28.

And what you shall have done in the premises then and there made due and prompt return, together with this Warrant for Arrest.

MARSHAL'S RETURN 16th day of June 2003.

I HAVE PARTIALLY / EXECUTED THIS Warrant of Arrest BY TAKING CUSTODY OF THE WITHIN NAMED Vessel AT Apra Harbor ON 6/18/03 AND DELIVERING HIM / HER TO THE Guam Oceaneer Ent FOR FURTHER TRANSFER TO _____

MARY L. MORAN
Clerk of Court

By: Renee M. Martinez
Deputy Clerk

RECEIVED
JUN 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.695)\PLD\P#1906



## UNITED STATES MARSHALS SERVICE
DISTRICT OF __GUAM__

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address) __VESSEL ABANDON__

| CASE NO. | CASE TITLE |
|---|---|
| 03-00020 | SHELL GUAM, INC. a GUAM CORPORATION VS. M/V TENRYU MARU NO. 28 |

SUBJECT (Name, address) __M/V TENRYU MARU NO. 28, GUAM PORT__

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 EA | M/V TENRYU MARU NO. 28 | GUAM PORT |
|  |  | As inventoried by Gm Oceaneer |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
|  |  |  |  |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
|  |  | NAME & AGENCY | NAME & AGENCY  OCEANEER CNT |  |
|  |  | SIGNATURE | SIGNATURE |  |
|  |  | NAME & AGENCY | NAME & AGENCY |  |
|  |  | SIGNATURE | SIGNATURE |  |
|  |  | NAME & AGENCY | NAME & AGENCY |  |
|  |  | SIGNATURE | SIGNATURE |  |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHELL GUAM, INC. a Guam corporation | 03-00020 |
| DEFENDANT M/V TENRYU MARU NO. 28 | TYPE OF PROCESS VESSEL ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V TENRYU MARU NO. 28

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port Authority of Guam
Piti, Guam USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) 3 |
| Number of parties to be served in this case | ONE (1) 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HARBOR MASTER
PORT POLICE
CUSTODIAN: CAPTAIN J. UNTENBERG
VESSEL: M/V TENRYU MARU NO. 28
OWNER AGENT: NIKKI GUAM CORPORATION  Not Served (off island)

Signature of Attorney or other Originator requesting service on behalf of:
Steven A. Zamsky, Esq.; ZAMSKY LAW FIRM

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (671) 477-3637
DATE: June 16, 2003

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 5 | 093 | 093 | | 6/17/03 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 6/18/03 | 1400 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $400.00 | 15.0 miles | | $400.00 | $5000.00 | | |

REMARKS:

**RECEIVED AUG 19 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)
Case 1:03-cv-00020   Document 10   Filed 08/19/2003   Page 4 of 4