Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF STEVEN A. ZAMSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

GUAM U.S.A.          )
                     ) ss:
MUNICIPALITY OF HAGÅTÑA )

**STEVEN A. ZAMSKY**, being first duly sworn, depose and say as follows:

1. I am the attorney of record for Plaintiff Shell Guam, Inc. herein which is asking that Judgment be entered in favor of Plaintiff Shell Guam, Inc..

2. I make this Affidavit pursuant to FRCP Rule 55(a) and in support of the Request for Entry of Default of **Defendant M/V Tenryu Maru No. 28** filed herewith and for entry of Judgment.

ORIGINAL

3. On **June 18, 2003** the Verified Complaint *In Rem* and Warrant of Arrest were personally served on the Master of **Defendant M/V Tenryu Maru No. 28**, at the **Port Authority of Guam, Piti, Guam USA**, which is the last known place of business and employment of **Defendant M/V Tenryu Maru No. 28** and on Nikki Guam Corporation, the owner's agent, pursuant to 18 GCA §6101. A copy of my letter to the Director of the Department of Revenue & Taxation, Government of Guam, is attached marked Exhibit "A". The Affidavit of Mailing by the Department of Revenue & Taxation is filed herewith.

4. On **July 7, 2003** the Verified Complaint and Warrant of Arrest was mailed, via certified mail, to Rosita P. Basalotte, who is the Secretary/Officer of Nikki Guam, Corporation, owner agent of **Defendant M/V Tenryu Maru No. 28**. The Affidavit of Mailing is on file herein.

5. On **July 8, 2003** the Notice of Action and Arrest was published in the Pacific Daily News, a newspaper of general circulation in Guam USA. The Affidavit of Publication is on file herein.

6. No party is known to have an interest in said Vessel. I have had no contact from any potential claimant.

7. **Defendant M/V Tenryu Maru No. 28** has not answered or otherwise pled and the time for **Defendant M/V Tenryu Maru No. 28** to answer or otherwise plead have not been extended.

8. **Defendant M/V Tenryu Maru No. 28** is neither an infant or incompetent person.

9. Entry of Default against **Defendant M/V Tenryu Maru No. 28** should be entered as provided in said Rule.

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Dated this **12th** day of **September 2003**.

_____
STEVEN A. ZAMSKY, AFFIANT

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **12th** day of **September 2003** by **STEVEN A. ZAMSKY**.

_____
NOTARY PUBLIC

> MARIE T. CAMACHO
> NOTARY PUBLIC
> In and for Guam USA
> My Commission Expires: February 10, 2007
> My Commission Number: NP03-0004
> Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2008

# ZAMSKY LAW FIRM

Steven A. Zamsky

Of Counsel: John A. Bohn

Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584
e-mail: szamsky@kuentos.guam.net

Admitted in:
Guam
CNMI

RECEIVED JUN 25 2003 DEPT. OF REV/TAX DIRECTOR'S OFFICE INITIAL

VIA HAND DELIVER

June 24, 2003

Artemio Ilagan
Director
**DEPARTMENT OF REVENUE & TAXATION**
Government of Guam
Building 13-1, 2nd Floor
Mainer Avenue
Tiyan Barrigada, Guam USA 96913



COPY TO CLIENT

DATE : 06/25/03
BY : mail     mtc
   & Fax

Re:   Shell Guam, Inc. v. M/V Hiro Maru No. 11
      District Court of Guam Civil Case No. CIV03-00019

      Shell Guam, Inc. v. M/V Tenryu Maru No. 28
      District Court of Guam Civil Case No. CIV03-00020

      Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
      District Court of Guam Civil Case No. CIV03-00021

Dear Mr. Ilagan:

Pursuant to 18 GCA §6101 enclosed herewith are duplicate copies of the Verified Complaints and Warrants of Arrest for each of the three (3) different Vessels and our check in the amount of Fifteen Dollars ($15.00) for each Vessel.

Nikki Guam Corporation, we are informed, acts as the agent for each of those Vessels.

We have been unable to find any address for Nikki Guam Corporation on Guam or any designation of the agent for service of process.

*Affiliated with Law Firms in:*
*Anchorage•Portland•San Francisco•Seattle•Washington D.C.•Hong Kong•Frankfurt•London*

EXHIBIT "A"

Page 2
Via Hand Deliver
Artemio Hagan
Director
DEPARTMENT OF REVENUE & TAXATION
Re: Shell Guam, Inc. v. M/V Hiro Maru No. 11; CIV03-00019;
    Shell Guam, Inc. v. M/V Tenryu Maru No. 28; CIV03-00020;
    Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.; CIV03-00021
June 24, 2003

Should you have any questions, please feel free to call me.

Very truly yours,

ZAMSKY LAW FIRM

Steven A. Zamsky

Enclosures

XC: Philip W. Stalker, Vice President/Director of Finance, Shell Guam, Inc. (via facsimile no. (671) 649-9620)

Z8(004.676)\LTR\6131