Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 12 2003
MARY L. M. MORAN
CLERK OF COURT

15

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, ) ) ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, ) ) | |
| vs. ) ) | AFFIDAVIT OF MAILING |
| M/V TENRYU MARU NO. 28, ) ) | |
| Defendant. ) ) | |

GUAM USA          )
                  ) ss:
MUNICIPALITY OF HAGÅTÑA   )

I, **JIM BANEZ**, first being duly sworn, depose and say as follows:

1.   That I am a United States citizen, over the age of eighteen (18) and not a party to this action.

2.   That I am employed with the Criminal Investigation Branch of the Department of Revenue & Taxation, Government of Guam.

3. That on the **7th** day of **July 2003**, I deposited into the United States Mail, via certified mail, return receipt requested, postage prepaid, the following documents:

    a. **Verified Complaint *In Rem*;**

    b. **Warrant of Arrest**

addressed to:

    ROSITA P. BASALOTTE
    Post Office Box 217819
    Guam Main Facility
    Barrigada, Guam USA 96921
    **Certified Mail Receipt No. 7001-0360-0002-9357-8443**

who is the Secretary/Officer of Nikki Guam Corporation, Owner Agent of Defendant M/V Tenryu Maru No. 28.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **11th** day of **September 2003**.

_____
JIM BANEZ, Affiant

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **11th** day of **September 2003**, by **JIM BANEZ**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 19, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)PLD\P#2019-01