Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 15 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V TENRYU MARU NO. 28, <br><br> Defendant. | CIVIL CASE NO. CIV03-00020 <br><br> SUPPLEMENTAL AFFIDAVIT OF STEVEN A. ZAMSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

GUAM U.S.A.      )
                 ) ss:
MUNICIPALITY OF HAGÅTÑA )

STEVEN A. ZAMSKY, being first duly sworn, depose and say as follows:

1. I am the attorney of record for Plaintiff Shell Guam, Inc. herein which is asking that Judgment be entered in favor of Plaintiff Shell Guam, Inc..

2. I make this Affidavit pursuant to FRCP Rule 55(a) and in support of the Request for Entry of Default of **Defendant M/V Tenryu Maru No. 28** filed herewith and for entry of Judgment.

ORIGINAL

3. On **July 7, 2003** the Verified Complaint and Warrant of Arrest was mailed, via certified mail, returned receipt requested, to Rosita P. Basalotte, who is the Secretary/Officer of Nikki Guam, Corporation, owner agent of **Defendant M/V Tenryu Maru No. 28** by the Department of Revenue & Taxation in care of the Zamsky Law Firm.

4. On **July 25, 2003** my office received the envelope marked "unclaimed". A copy of said envelope is attached hereto marked Exhibit "A".

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Dated this **15th** day of **September 2003**.

_____
STEVEN A. ZAMSKY, AFFIANT

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **15th** day of **September 2003** by **STEVEN A. ZAMSKY**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2021

Department of Revenue and Taxation
c/o Zamsky Law Firm
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam 96910

7001 0360 0002 9357 8443

Rosita P. Basallote
P.O. Box 217819
GMF, Guam 96921

RECEIVED BY
JUL 25 2003
ZAMSKY LAW FIRM

1st Notice
2nd Notice
Return

RETURNED TO SENDER
UNCLAIMED

RETURN RECEIPT
REQUESTED

SHELL Guam Inc. #004.67U

7/1
2nd 7/21
BB 7/23

217819

EXHIBIT "A"



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br><br>C. Signature<br>X ☐ Agent ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Rosita P. Basallote<br>P.O. Box 217819<br>GMF, Guam 96921 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7001 0360 0002 9357 8443 | |
| PS Form 3811, July 1  7001 0360 0002 9357 8443 | 102595-00-M-0952 |

QUALITY PARK