Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 15 2003
MARY L. M. MORAN
CLERK OF COURT

17

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ENTRY OF DEFAULT |
| M/V TENRYU MARU NO. 28, | ) ) | |
| Defendant. | ) ) | |

It appearing from the records and files in this case and from the Affidavit of Steven A. Zamsky that **DEFENDANT M/V TENRYU MARU NO. 28**, has failed to plead or otherwise defend as provided by FRCP 55(a) and Local Admiralty Rule C.5, the **DEFAULT** of **DEFENDANT M/V TENRYU MARU NO. 28** are hereby **ENTERED**.

Dated this 15th day of September 2003.

RECEIVED
SEP 12 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM
By: _____
DEPUTY CLERK

Z8(004.676)\PLD\P#2009

ORIGINAL