Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

FILED
DISTRICT COURT OF GUAM
OCT 01 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | APPLICATION FOR JUDGMENT BY DEFAULT BY PLAINTIFF SHELL GUAM, INC. |
| vs. | |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**) and applies this Court for Judgment by Default against Defendant M/V Tenryu Maru No. 28, pursuant to FRCP 55(b) and Local Admiralty Rule 14 and based upon the Declaration of Steven A. Zamsky filed herewith.

1. Default against Defendant M/V Tenryu Maru No. 28 was entered on September 15, 2003.

ORIGINAL

2. Said Judgment shall be in the principal amount of $31,223.11 together with interest accrued as of the date of September 30, 2003 in the amount of $5,620.16 and plus further interest at the rate of $28.65 per day until Judgment is entered, and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

Dated this ___ day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2026