Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:    (671) 477-3637
Facsimile :    (671) 472-1584

FILED
DISTRICT COURT OF GUAM

OCT 01 2003

MARY L. M. MORAN
CLERK OF COURT

19

Attorneys for Plaintiff Shell Guam, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., <br> a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V TENRYU MARU NO. 28, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIVIL CASE NO. CIV03-00020

DECLARATION OF
STEVEN A. ZAMSKY IN SUPPORT
OF APPLICATION FOR JUDGMENT
BY DEFAULT BY PLAINTIFF
SHELL GUAM, INC.

I, Steven A. Zamsky, declare as follows:

1.    I am an attorney admitted to practice law in Guam USA.

2.    I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**).

3.    I make this Declaration in Support of the Application for Judgment by Default in

favor of Plaintiff and against Defendant M/V Tenryu Maru No. 28 (hereinafter **"Vessel"**) and having

personal knowledge of all matters set forth herein if called to testify as to said matters I could and

would competently do so.

ORIGINAL

4.       The Default against the Vessel was entered on September 15, 2003. The Vessel is sitting idle and is deteriorating and should be sold at the earliest reasonable time.

5.       Attached hereto is a printout prepared by Plaintiff showing the outstanding invoices and total amounts due on account of the Vessel.

6.       I have received no contact from any person with regard to any potential claim with respect to the Vessel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this _____ day of **October 2003**.

_____
**STEVEN A. ZAMSKY**

Z8(004.676)\PLD\P#2027

| Vessel | INVDATE | DOCNUM | Invoice Amount | Interest Thru 9/30/03 | Total | Daily Interest after 9/30/03 |
|---|---|---|---|---|---|---|
| Gyoko Maru #18 | 10/11/2002 | 5349 | 8,922.55 | 1,606.06 | 10,528.61 | |
| | | 2724196 | 606.00 | 109.08 | 715.08 | |
| | 10/12/2002 | 5351 | 5,017.58 | 903.16 | 5,920.74 | |
| | 11/24/2002 | 5433 | 8,158.14 | 1,468.47 | 9,626.61 | |
| | 11/25/2002 | 5435 | 5,581.56 | 1,004.68 | 6,586.24 | |
| | | 2724870 | 776.00 | 139.68 | 915.68 | |
| | 2/4/2003 | 5567 | 13,625.80 | 2,452.64 | 16,078.44 | |
| | | 3726007 | 340.00 | 61.20 | 401.20 | |
| | 2/5/2003 | 3726112 | 340.00 | 61.20 | 401.20 | |
| Gyoko Maru #18 Total | | | 43,367.63 | 7,806.17 | 51,173.80 | 35.72 |
| | | | | | | |
| Hiro Maru #11 | 10/3/2002 | 5327 | 7,317.68 | 1,317.18 | 8,634.86 | |
| | 10/4/2002 | 5331 | 3,914.60 | 704.63 | 4,619.23 | |
| | | 2724030 | 202.00 | 36.36 | 238.36 | |
| | 11/19/2002 | 5419 | 11,637.90 | 2,094.82 | 13,732.72 | |
| | 11/20/2002 | 5420 | 1,425.31 | 256.56 | 1,681.87 | |
| | 11/21/2002 | 2724890 | 340.00 | 61.20 | 401.20 | |
| | 12/26/2002 | 5491 | 9,960.73 | 1,792.93 | 11,753.66 | |
| | | 76189 | 305.00 | 54.90 | 359.90 | |
| | 2/4/2003 | 3726005 | 68.00 | 12.24 | 80.24 | |
| Hiro Maru #11 Total | | | 35,171.22 | 6,330.82 | 41,502.04 | 30.95 |
| | | | | | | |
| Tenryu Maru #28 | 9/16/2002 | 5289 | 2,765.75 | 497.84 | 3,263.59 | |
| | | 2723648 | 340.00 | 61.20 | 401.20 | |
| | 9/25/2002 | 5315 | 4,581.53 | 824.68 | 5,406.21 | |
| | 10/28/2002 | 5385 | 5,741.48 | 1,033.47 | 6,774.95 | |
| | | 2724385 | 340.00 | 61.20 | 401.20 | |
| | 11/29/2002 | 5441 | 6,273.47 | 1,129.22 | 7,402.69 | |
| | 12/1/2002 | 2725244 | 468.00 | 84.24 | 552.24 | |
| | 12/28/2002 | 5498 | 3,431.83 | 617.73 | 4,049.56 | |
| | 12/29/2002 | 76195 | 408.00 | 73.44 | 481.44 | |
| | 1/31/2003 | 5560 | 2,723.23 | 490.18 | 3,213.41 | |
| | 2/3/2003 | 5562 | 3,809.82 | 685.77 | 4,495.59 | |
| | | 3726004 | 340.00 | 61.20 | 401.20 | |
| | | | | | | |
| Tenryu Maru #28 Total | | | 31,223.11 | 5,620.16 | 36,843.27 | 28.65 |