Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | APPLICATION FOR ORDER OF SALE OF DEFENDANT TENRYU MARU NO. 28 BY PLAINTIFF SHELL GUAM, INC. |
| vs. | |
| M/V TENRYU MARU NO. 28, | |
| Defendant. | |

**COMES NOW**, Plaintiff Shell Guam, Inc. and applies this Court for an Order of Sale of Defendant M/V Tenryu Maru No. 28, pursuant to FRCP 55(b) and Local Admiralty Rule 14 and based upon the Declaration of Steven A. Zamsky filed herewith.

1. Default against Defendant M/V Tenryu Maru No. 28 was entered on September 15, 2003.

2. A proposed Judgment by Default in favor of Plaintiff Shell Guam, Inc. and against Defendant M/V Tenryu Maru No. 28 is filed herewith for the principal amount of $31,223.11 together with interest accrued as of the date of September 30, 2003 in the amount of $5,620.16 and

ORIGINAL

plus further interest at the rate of $28.65 per day to the date Judgment by Default was entered, and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

3. Plaintiff Shell Guam, Inc. request that the proposed Order of Sale be entered following the entry of Judgment by Default on the terms set forth in the proposed Order of Sale.

4. Plaintiff Shell Guam, Inc. request that the date of Sale be on the 14th day followed by the entry of said Order of Sale.

Dated this _1_ day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2036