Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 20 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V TENRYU MARU NO. 28,<br><br>Defendant. | CIVIL CASE NO. CIV03-00020<br><br>REQUEST FOR CONTINUANCE<br>AND ORDER GRANTING REQUEST |

**COMES NOW**, Plaintiff Shell Guam, Inc. by and through its attorney of record, Steven A. Zamsky, Esq., of the Zamsky Law Firm and request that the Scheduling Conference presently set for October 15, 2003 at the hour of 3:00 p.m. be continued. No defendant has appeared, steps are being taken to sell the Vessel and there is no need for a scheduling conference.

Dated this **15th** day of **October 2003**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: /s/ Steven A. Zamsky
STEVEN A. ZAMSKY

ORIGINAL

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff Shell Guam, Inc.'s Request for Continuance is hereby GRANTED. The Scheduling Conference is now set for December 17, 2003 at the hour of 3:00 p.m..

**SO ORDERED** this 17th day of **OCTOBER 2003**.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
OCT 17 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.676)\PLD\P#2045