Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF PLAINTIFF SHELL GUAM, INC.'S APPLICATION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT M/V TENRYU MARU NO. 28 |
| M/V TENRYU MARU NO. 28, | ) | |
| Defendant. | ) | |

I, Steven A. Zamsky, declare as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**).

3. I make this Declaration in Support of Plaintiff's Application for Judgment by Default against Defendant M/V Tenryu Maru No. 28 (hereinafter **"Vessel"**) and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

ORIGINAL

Page 2
Declaration of Steven A. Zamsky in Support of Plaintiff Shell Guam, Inc.'s
Application for Judgment by Default against Defendant M/V Tenryu Maru No. 28
Shell Guam, Inc. v. M/V Tenryu Maru No. 28
District Court of Guam Civil Case No. CIV03-00020

4. The Default against the Vessel was entered on September 15, 2003.

5. The invoices to the Vessel and its owner provided that amounts that are due and payable and unpaid for more than 30 days shall accrue interest at the rate of 18% per annum thereafter.

6. The Vessel's owner made partial payments on such other deliveries including amounts invoiced previously which are not included in the judgment amount that provided for such interest and thereby agreed to the same.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this **31st** day of **October 2003**.

_____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2065