Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 03 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | ) ) ) | [PROPOSED] JUDGMENT BY DEFAULT |
| vs. | ) ) | |
| M/V TENRYU MARU NO. 28, | ) ) ) | |
| Defendant. | ) ) | |

This matter having come before this Court upon the Application for Judgment by Default by Plaintiff Shell Guam, Inc. with respect to Defendant M/V Tenryu Maru No. 28, and the Default against Defendant M/V Tenryu Maru No. 28 having been entered on September 15, 2003, and upon review of the pleadings and papers on filed herein,

**IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED** as follows:

1. That Judgment by Default is hereby ENTERED in favor of Plaintiff Shell Guam, Inc. and against Defendant M/V Tenryu Maru No. 28 in the principal amount of $31,223.11 together

ORIGINAL

with interest accrued as of the date of September 30, 2003 in the amount of $5,620.16 and plus further interest at the rate of $28.65 per day until the entry hereof and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

**SO DONE AND ORDERED IN CHAMBERS** at Hagåtña, Guam USA this 3rd day of ~~October~~ 2003.

November [handwritten]

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on 11/4/03.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 11/4/03
Deputy Clerk      Date

RECEIVED
OCT 23 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.676)\PLD\P#2028