Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.



FILED
DISTRICT COURT OF GUAM
NOV 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF STEVEN A. ZAMSKY |
| | ) | PURSUANT TO LOCAL ADMIRALTY |
| M/V TENRYU MARU NO. 28, | ) | RULE 14(b) |
| Defendant. | ) | |

GUAM USA            )
                    ) ss:
MUNICIPALITY OF HAGÅTÑA )

STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**").

3. I make this Affidavit pursuant to Local Admiralty Rule 14(b) and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

ORIGINAL

4. Plaintiff has paid Oceaneer Enterprises, Inc. the sum of $29,038.82 through October 30, 2003.

5. The United States Marshal Service has paid insurance but has not provided an accounting although requested to do so. Those costs will be included in the supplemental affidavit.

6. Plaintiff has incurred attorneys fees and costs in the sum of $5,530.94 through October 31, 2003.

7. The total custodia legis costs through October 31, 2003 are $34,569.75.

8. Additional sums will be incurred before the date of sale and a supplemental affidavit will be filed stating the same and the total amount of the credit bid.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 10th day of **November 2003**.

_____
STEVEN A. ZAMSKY

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 10th day of **November 2003**, by **Steven A. Zamsky**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.670)\PLD\P#2069