Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00020 |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF PUBLICATION |
| M/V TENRYU MARU NO. 28, | ) | |
| Defendant. | ) | |

GUAM USA           )
                   ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, FAYE S. VASAPOLLI, first being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

2. I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

///

///

ORIGINAL

Page 2
Affidavit of Publication
Shell Guam, Inc. v. M/V Tenryu Maru No. 28
District Court of Guam Civil Case No. CIV03-00020

3. That on **NOVEMBER 13, 2003, NOVEMBER 14, 2003, NOVEMBER 15, 2003, NOVEMBER 16, 2003, NOVEMBER 17, 2003, and NOVEMBER 18, 2003**, I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE.**

FURTHER AFFIANT SAYETH NOT.

Dated this 24th day of **November 2003**.

_____
**FAYE S. VASAPOLLI**

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this 24th day of **November 2003**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2086

48

## Immediate Opening!

### Shiatsu Massage Therapist
Experience preferred

Masa Shiatsu Sauna & Spa
Tel: 646-2525
Onward Beach Resort (3F)

---

### WAREHOUSE DELIVERY PERSON
- CHAUFFEURS LICENSE REQUIRED
- POLICE CLEARANCE REQUIRED
- GOOD COMMUNICATION SKILLS
- FORKLIFT EXPERIENCE A PLUS

Mid Pacific Distributors
370 Mendioka St. Dededo, GU
Fax 637-5832

**EQUAL OPPORTUNITY EMPLOYER**

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 135, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(h) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November, 2003.

UNITED STATES MARSHAL SERVICE

By: /s/
JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
[redacted]

CIVIL CASE NO. CIV03-00020

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 135, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(h) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due, Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November, 2003.

UNITED STATES MARSHAL SERVICE

By: /s/
JOAQUIN L.G. SALAS
United States Marshal

---



**GGEFCU**
GOVERNMENT OF GUAM EMPLOYEES FEDERAL CREDIT UNION
P.O. Box 2833, Agana, GU 96910 • Tel: (671) 477-8736 • Fax: (671) 477-1155

### VEHICLES FOR SEALED BID SALE
on an "AS IS" basis

1997 Nissan Maxima
2001 Nissan Frontier Pickup

Bid applications can be obtained at the GovGuam Employees Federal Credit Union collection department located in Maite. All sealed bid applications must be submitted by November 15, 2003 at 1:00 PM during normal business hours.

Please contact the Collection Department at 477-8736 for date and time of inspection. We reserve the right to refuse any and all bids.

---

### ELLEN'S REALTY
PH: 647-0888/9
VOICE MAIL: 720-2755
Suite B4, Cen-Tam Bldg, Tamuning

Ellen Wilkinson, Principal Broker
Thomas Zhang, Realtor

**ASAN**
Beachside
Marine Drive Frontage
Commercial Building
**$850,000**
13,000 sq ft

**Dededo House**
3bd 2ba carport
Excellent Condition
REDUCED TO
**$250,000**

**TAMUNING APTS.**
6 UNITS FULLY OCCUPIED
plus adjacent lot M-1
zoned land (847.61sm)

**MAITE NEW HOUSE**
3bd 2ba carport, ceramic tile, pitched roof, bay window, modern kitchen
**$145,000**

**$115,000**

**DEDEDO**
Machanaonao Duplex
2bd 1ba each
FULLY OCCUPIED
**$125,000**
currently $1000.00/m income

---

### Home Delivery District Sales Manager
(Full-time)

The Pacific Daily News is looking for a results-oriented Home Delivery District Sales Manager to grow Circulation sales through increased home delivery penetration in his or her designated area.

The successful candidate will acquire new subscribers, recruit, train, and develop carriers; administer newspaper dealer agreements, ensure superior customer service, and timely payment by subscribers and carriers. Applicants must be trustworthy and self-motivated, with strong sales, communication, organizational skills, accounting and record keeping experience; and the ability to prioritize and meet deadlines. Reliable transportation, some weekend and early morning hours are required. Computer skills in Microsoft Office a plus. The Pacific Daily News offers excellent salary, bonus and benefits packages.

If interested, please submit application and/or resume to Henry Wood, Circulation Director or Edna Nery, Human Resources Director.

Application forms may be picked up at the

**Pacific Daily News**
244 Archbishop Flores Street
Hagåtña, GU 96910
from Monday - Friday, 8am - 5pm
or downloaded from www.guampdn.com

Federal law requires that anyone we hire be legally entitled to employment in the U.S. We comply with this law on a nondiscriminatory basis.

We are an equal opportunity employer and appreciate the value of a diverse workforce.

---



OFFICE OF SUPPLY MANAGEMENT
DEPARTMENT OF EDUCATION
P.O. Box DE
Hagatna, Guam 96932
Tel: 475-0436 / Fax: 472-5001

### INVITATION FOR BID

Bid No.     FBE-005-2004

For: Vehicle - Mini Bus 22 Passengers Capacity with wheel chair lift - 5 each

Pre-Bid Conference: Wednesday, Nov. 19, 2003 at 10:00 a.m.
Opening date:  Friday, Nov. 28, 2003
Time:  10:00 am

PLACE: Office of Supply Management, 2nd Floor, Suite B-202, Manuel F.L. Guerrero / Administration

INTERESTED PARTIES MAY PICK-UP BID FORMS / SPECIFICATIONS AT SAID PLACE.

/s/ JUAN MICHAEL PANGELINAN
ADMINISTRATOR, SUPPLY MANAGEMENT

---

### GENERAL ORDER
No. CO0014

The "Pacific Daily News", a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News".

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11, may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 135, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(h), and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due, Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November, 2003.

UNITED STATES MARSHAL SERVICE

By: /s/
JOAQUIN L.G. SALAS
United States Marshal

---

Application for the position are being accepted through November 15, 2003 at the Guam International Country Club Administration Office from 8am to 5pm

### Japanese Guest Relations Coordinator

Prior experience in hospitality industry and ability to speak, read and write in Japanese. Assist in sales and operations responsibility, involving reservation and front desk. Flexibility in work schedule and ability to relate to customer service.

Salary commensurate with experience and skills.

Submit resumes by November 15, 2003 to:

Attn: General Manager
Guam International Country Club
495 Battulo Street
Dededo, Guam 96929-6218
Tel: 632-4445 Fax: 632-4440

Equal Opportunity Employer

---



GOVERNOR
Felix P. Camacho
LT. GOVERNOR
Kaleo S. Moylan

DIRECTOR
Jose P. Morcilla, Jr.
DEPUTY DIRECTOR
Michael C. Jones

**public works**

### INVITATION TO RE-BID

The Governor of Guam, Felix P. Camacho, the Guam Office of Homeland Security and the Office of Civil Defense, through the Director of the Department of Public Works, is soliciting bids for the modification of the Emergency Operations Center (EOC) to accommodate the installation and operation of Federal Government provided secure communications equipment, EOC Secure Communications Room (Re-Bid Package), Project No. 410-5-1016(A)-F-AGH. Sealed bids in duplicate will be received at the Department of Public Works, Building "B", 2nd Floor, Contracts Administration Section - Technical Services until 2:00 p.m., November 20, 2003. Bids will be publicly opened and read aloud shortly afterwards in the division of Engineering Conference Room, 2nd Floor, Building "B", Department of Public Works.

Contract time is Sixty (60) Calendar Days. All bids must be accompanied by a bid security in the amount of 15% of the total bid amount. Bid security may be bid bond, certified check or cashier's check made payable to the Treasurer of Guam. A non-refundable amount of $75.00 is required as payment for each set of bid documents which can be obtained from the Department of Public Works, Building "B", 2nd Floor, Contracts Administration Section - Technical Services commencing on November 13, 2003.

The Department of Public Works hereby notifies all potential bidders that it will affirmatively insure that in any contract entered into pursuant to this advertisement, minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color and national origin in consideration for an award.

The right is reserved to reject any or all bids and to waive any imperfection in the bids in the interest of the Government of Guam.

A pre-bid conference will be held on November 17, 2003 at 9:00 a.m. at the Division of Engineering Conference Room, 2nd Floor, Building "B", Department of Public Works. An investigation of the site of the proposed project, to allow prospective bidders to familiarize themselves with the project's site conditions, will be conducted immediately after the pre-bid conference. All prospective bidders are requested to be present.

/s/ JOSE P. MORCILLA, Jr.
Director

# Classified Advertisements

## United States Marshals Service — District of Guam

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO.11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

## In the Superior Court of Guam

FAMILY FINANCE COMPANY, INC., A Guam Corporation, Plaintiff,
vs.
ALBERT C. MOJICA, ROSALINE P. BAMBA, and BRIGIDA C. MOJICA, Defendants.

CIVIL CASE NO. CV0200-03

**ALIAS SUMMONS**

TO THE WITHIN NAMED DEFENDANT: BRIGIDA C. MOJICA

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney, Oliver Weston Bordallo, whose office address is Suite 206A, Pacifica Plaza, 667 Marine Drive, Upper Tumon, Guam, 96913, an answer to the Complaint herewith served upon you within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

RICHARD B. MARTINEZ
ACTING CLERK OF COURT

By:/s/ Glenric J. Mendiola
DEPUTY CLERK

---

**HOME DELIVERY**
Subscribe Today and Save 34% OFF The News Stand Price
Call Today! Pacific Daily News
**472-1PDN**

---

## ELKS CLUB / AGANA HTS.
Open Daily ~ 4:00 p.m. / 472-6355
7 Days Per Week

Cook, Specialty, Foreign Food $10.47 p/h; 4 yrs. exp. req. Duties: Plans menus & cooks Japanese style dishes, dinners, desserts & other foods according to recipes. Preps meats, soups, sauces, vegetable & other foods prior to cooking. Seasons & cooks food according to prescribed method. Portions & garnishes food. Serves food to waiters/resses on order. Estimates foods consumption & requisitions or purchases supplies. Fringe Bene: One-way airfare fr. origin. Apply at Guam Employment Service w/the One Stop Career Center, 125 Tun Jesus Crisostomo Street, Suite 101 Sunny Plaza, Tamuning Guam. Ref.# 2001-0448

---

## NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph 3 (II) of the below described mortgage and the Notice of Default recorded on October 16, 2002, as Instrument No. 664271, that the mortgage ("Mortgage") executed on September 10, 1994 by LOURDES T. ARENAS, ("Mortgagor"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on October 5, 1994 as Instrument No. 517219, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on July 2, 2001 and recorded with the Department of Land Management, Government of Guam, on February 13, 2002 as Instrument No. 651518.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 at 2:30 p.m. on December 12, 2003, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale; to reject any bid made at the sale and to withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:
Lot No. 3, Block No. 1, Tract No. 1924, Ordot-Chalan Pago (formerly Sinajana), Guam, Estate No. 62919, Suburban, as said lot is marked and designated on Map Drawing No. CSS-03-30-86, dated August 18, 1986 and recorded on August 20, 1986 in the Department of Land Management, Government of Guam, as Instrument No. 374330; Area: 4,062± square meters.

The amount due the Mortgagee is for the sum of $34,740.17, accrued interest as of September 1, 2002 of $856.61, interest at the rate of 4% from September 1, 2002 to the date of full payment, attorney fees, and costs of this sale.

The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.

Dated this 28th day of October, 2003.

McCULLY & BEGGS, P.C.
Attorneys for LPP Mortgage Ltd.
/s/ MARK S. BEGGS

GUAM
On this 28th day of October, 2003, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Aug. 9, 2006
Ste. 200, 139 Murray Blvd., Hagåtña

---

## NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph (II) of the below described mortgage and the Notice of Default recorded on January 28, 2002 as Instrument No. 650657, that the mortgage ("Mortgage") executed on October 20, 1992 by BALBINO T. TAISIPIC and BALBINO T. TAISIPIC JR., ("Mortgagors"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on November 17, 1992 as Instrument No. 479810, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE, LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on July 2, 2001 and recorded with the Department of Land Management, Government of Guam, on January 11, 2002 as Instrument No. 649888.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 at 3:00 p.m. on December 12, 2003, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale; to reject any bid made at the sale and to withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:
Lot No. 131-2-R3, Yona, Guam, Estate No. 66974, Suburban, as said lot is marked and designated on Map Drawing No. MSS-021-90Y, dated November 5, 1990 and recorded on August 5, 1991 in the Department of Land Management, Government of Guam, as Instrument No. 458281; Area: 1,014± square meters.

The amount due the Mortgagee is for the sum of $40,342.93, accrued interest as of October 31, 2001 of $194.53, interest at the rate of 4% from October 31, 2001 to the date of full payment, attorney fees, and costs of this sale.

The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.

Dated this 28th day of October, 2003.
McCULLY & BEGGS, P.C.,
Attorneys for LPP Mortgage Ltd.
By: /s/ MARK S. BEGGS

GUAM
On this 28th day of October, 2003, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: August 9, 2006
Ste. 200, 139 Murray Boulevard, Hagåtña

---

## United States Marshals Service — District of Guam

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V GYOKO MARUNO.18 and NIKKI SUISAN CORPORATION, a Japan corporation, Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925; Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

## United States Marshals Service — District of Guam

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
[M/V TENRYU MARU No. 28]

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925; Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003.

UNITED STATES MARSHAL SERVICE
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---



## CARGO VANS
**FLEET BUYERS SPECIAL**
Ford — $5,000 OFF
E-SERIES
- E-150
- E-250
- E-350

Now Available



TRIPLE J MOTORS   TRIPLE J CAR MART
**649-6555    649-9334/5**

---

**ADMINISTRATIVE ASSISTANT**
Executive Office - #PYB-29

The Executive Office Administrative Assistant supports activities of the Executive Office, including the PREL Scholars. The position requires a high degree of initiative and flexibility, experience in an executive office, and ability to multitask routinely with absolute tact, discretion, and confidentiality. High level PC skills, front office demeanor, and good communication skills essential. Preferred candidates will have proven high level secretarial or administrative experience.

Position is located in our Honolulu office. Application review begins December 5, 2003. Please submit resume and cover letter indicating position title and number.

Attn: Human Resources
Email: jobs@prel.org Fax: (808) 441-1476
An Equal Opportunity Employer



---

## R&C TOURS GUAM INC.
Guam's leader in the Tourism Business invites you to be part of our growing family.

**TOUR DESK AGENT**
Excellent Customer Relations • Willing to work flexible hours • Ability to speak and read/write in Japanese is a plus • Possess excellent interpersonal and organizational skills • Basic Computer Skills

**RESERVATIONS AGENT**
Self motivated • Possess excellent interpersonal and organizational skills • Ability to speak and read/write in Japanese is a plus • Basic Computer Skills

**TOUR OPERATION & COORDINATION STAFF**
(Must have a valid Chauffeur's License)
Excellent Customer Relations • Willing to work flexible hours • Ability to speak in Japanese is a plus

**Full Time and Part Time Positions available.**

**EXCELLENT BENEFITS INCLUDE:**
Attractive Hourly Pay for Successful Applicants; Paid Vacation and Sick Leave; Medical and Dental Insurance; Supplementary Insurance; 401(k) Profit Sharing Plan; Child Care Services; Holiday Pay; Section 125 - Cafeteria Plan; Employee Discounts; Others Available.

Apply in person (no phone calls please) at the Human Resources Office, La Casa De Colina 200 Chichirica St., Tamuning, Guam 96913 (Ground Floor). Behind DFS Galleria next to PIA Resort in Tumon.

**Deadline for Applications: November 18, 2003 (Tuesday), 5:00 pm**

R & C Tours (Guam), Inc. is an Equal Opportunity Employer.

---

**Guam's Complete Home Site.**
**Guamhomefinder.com**



## Immediate Opening!

### Shiatsu Massage Therapist
Experience preferred

Masa Shiatsu Sauna & Spa
Tel: 646-2525
Onward Beach Resort (3F)

---

### WAREHOUSE DELIVERY PERSON
- CHAUFFEURS LICENSE REQUIRED
- POLICE CLEARANCE REQUIRED
- GOOD COMMUNICATION SKILLS
- FORKLIFT EXPERIENCE A PLUS

Mid Pacific Distributors
370 Mendioka St. Dededo, GU
Fax 637-5832

**EQUAL OPPORTUNITY EMPLOYER**

---

### Build an exciting and challenging career with us!

**Driver/ Shipper Coordinator**

Must be a high school graduate with:
- A/B License
- Police and Court Clearance
- Training on Hazardous Materials, a plus
- Customer Oriented

If qualified, please submit your resume. We will not accommodate phone calls.



---

### DEPARTMENT OF EDUCATION
P.O. Box DE
Agana, Guam 96932
Telephone: (671) 475-0457
Fax: (671) 472-5003



JUAN P. FLORES
Superintendent of Education

LUIS S.N. REYES
Administrator,
Personnel Services Division

**An Equal Opportunity Employer**

The Department of Education wishes to announce OPEN/COMPETITIVE and PROMOTIONAL examination for the following position to establish a list:

#### PUBLIC INFORMATION OFFICER (2.520)

**SALARY:** Pay Grade M
- Open: Step 1-10, $28,678.00 - $43,018.00 Per Annum
- Promotional: Step 1-20, $28,678.00 - $60,681.00 Per Annum

**DUTY:** Twelve (12) Months

Applicants may request for a copy of the Job Standard for this position at the Department of Education, Personnel Services Division. Applications will be accepted daily from 8:00 a.m. to 5:00 p.m., Monday through Friday, except holidays. Applications can be obtained at our office, located on the 1st floor of the Governor Manuel F.L. Guerrero building in Hagåtña. Please call 475-0495 or come by and visit our office for more information.

/s/ LUIS S.N. REYES
Administrator

---

### Hotel Front Staff

Day/Night Shift
Exp. Fidelio
Chauffeur License

**Alte Guam Resort Hotel**

637-5151

---

### JAVA JUNCTION

**NOW HIRING**
Full/Part-time
**WAIT STAFF**

for Speciality Coffee Shop
Located in the Agaña Shopping Center

Contact John Crisostomo
472-8868
Police Clearance Required

---

### Let the Pacific Daily News Classifieds Work for YOU!

Call **472-1PDN**
for more information

Pacific Daily News
www.guampdn.com

---

### UNIVERSITY OF GUAM
### UNIBETSEDAT GUAHAN
### MANGILAO, GUAM



Paid with Government funds by University of Guam.

The University of Guam is soliciting proposals for Auditing Services.

The specifications, together with all the necessary response forms, are set forth in the Request for Proposal No. UOG-P02-04. Copies of the specifications may be obtained at the Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.

A pre-bid conference may be held on Tuesday, December 2, 2003 at 9:00 am at the University of Guam President's conference room, Mangilao, Guam, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the Consolidated Procurement Office, on or before 12:00pm, Tuesday, December 9, 2003.

/s/ DR. HAROLD ALLEN
President

---



### Office of the Governor of Guam
P.O. Box 2950, Hagåtña, Guam 96932
TEL: (671) 472-8931 • FAX: (671) 477-4826 • EMAIL: governor@mail.gov.gu
Felix P. Camacho
Governor
Kaleo S. Moylan
Lieutenant Governor

### REQUEST FOR DEVELOPMENT PROPOSALS
### MAMAJANAO BUSINESS PARK, GUAM U.S.A.

The Office of the Governor of Guam is requesting interested developers to submit proposals to develop the Mamajano Business Park located immediately adjacent to Guam's tourism and commercial center. The Mamajanao Business Park contains approximately 35 acres of land located at Tamuning, Guam U.S.A. Current uses on the site are a high school and an elementary school. Consideration will be given to relocating existing uses if proposals submitted demonstrate that the public interest will be better served by economic development of the property. The development of the Business Park is intended to achieve Developer objectives and the following government objectives: to provide financial resources for the construction, renovation and upgrade of educational facilities and to generate jobs and increase economic activity for the Guam economy. Prospective developers must possess or demonstrate the ability to develop the property to achieve stated objectives. RFDP packages may be picked up or mailed upon receipt of payment of a non-refundable fee of $250 US dollars, made payable by check, money order or bank draft to the Guam Economic Development and Commerce Authority, for the preparation, reproduction, handling and postage costs of the RFDP package. Packages can be obtained at the Guam Economic Development and Commerce Authority (GEDCA), located at Suite 226, ITC Building, 590 South Marine Drive, Tamuning, Guam 96913, Monday through Friday, excluding holidays, between 8:00 a.m. and 5:00 p.m. The deadline for **receipt** of proposals by GEDCA is **2:00 p.m., Monday, December 22, 2003 Guam Standard Time**. All proposals must be in English and submitted to the attention of the Administrator, GEDCA. For additional information, contact Mr. Gerry Perez, Administrator, GEDCA at (671) 647-4308 or 647-4332; Facsimile Number: (671) 649-4146. The government of Guam shall have the right to reject any and all proposals which have been submitted in response to this RFDP, and/or cancel this RFDP at any time, pursuant to General Service Agency Procurement Regulation 3-301.04.2.

/s/ FELIX P. CAMACHO, Governor of Guam

Pursuant to Public Law 26-12, this ad was paid by the Guam Economic Development & Commerce Authority

---

### UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION,
a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Gyoko Maru No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: 

JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: 

JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
[redacted]

CIVIL CASE NO. CIV03-00020

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003.

UNITED STATES MARSHAL SERVICE

By: 

JOAQUIN L.G. SALAS
United States Marshal

## Copy Editor
(Freelance)

Primarily responsible for editing copy and writing headlines. Excellent skills in grammar, punctuation and spelling are required. Editing experience desired, as as familiarity with Macintosh computers and QuarkXpress. Must be able to work evenings and on weekends.

If interested, please send clips and resume to Rindraty Celes Limtiaco, Executive Editor or Edna Nery, Human Resources Director.

Application forms may be picked up at the

### Pacific Daily News
244 Archbishop Flores Street
Hagåtña, GU 96910
from Monday - Friday, 8am - 5pm

*Federal law requires that anyone we hire be legally entitled to employment in the U.S. We comply with this law on a nondiscriminatory basis.*
*We are an equal opportunity employer and appreciate the value of a diverse workforce.*

---

### Build an exciting and challenging career with us!
CTSI Logistics is looking for qualified and experienced professionals as:

## Driver / Shipper Coordinator

Must be a high school graduate with:
- A/B License
- Police and Court Clearance
- Training on Hazardous Materials, a plus
- Customer Oriented

*If qualified, please submit your resume. We will not accommodate phone calls*



---



### Tumon Horizon Condominium

Tel: (671) 649-9332
Open daily 9am to 12noon-1pm to 5pm

---



### UNIVERSITY OF GUAM
### UNIBETSEDAT GUAHAN
### MANGILAO, GUAM

Paid with Government funds by University of Guam

The University of Guam is soliciting proposals for **Auditing Services**

The specifications, together with all the necessary response forms, are set forth in the Request for Proposal No. UOG P02-04. Copies of the specifications may be obtained at the Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.

A pre-bid conference may be held on Tuesday, December 2, 2003 at 9:00 am at the University of Guam President's conference room, Mangilao, Guam, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the Consolidated Procurement Office, on or before 12:00pm., Tuesday, December 9, 2003.

/s/ **DR. HAROLD ALLEN**
President

---

### Palace Hotel Guam

**EXCITING OPPORTUNITIES TO JOIN OUR DYNAMIC TEAM**

Palace Hotel Guam is seeking experienced and talented professionals to join our team in the following positions:

**LANDSCAPERS**
Excellent opportunity for several experienced Landscaping personnel seeking full-time employment. Must be physically capable of performing lawn mowing, bush cutting, trimming and other tasks. Should be knowledgeable in maintaining trees, plants and healthy lawns. This is a daytime position. Only candidates available from 7:00 a.m. through 4:00 p.m. need apply.

**GUEST SERVICE AGENT**
Responsibilities include providing transportation services to hotel guests, concierge duties and assisting with overall operations at the Front Desk. Chauffeurs license with a clean driving record is required.

**F&B OFFICE CLERK**
Responsibilities include typing, filing, contacting clients and other administrative functions. Must be proficient with MS applications and enjoy working in a fast paced environment. This is a daytime position.

**KITCHEN STAFF**
Seeking experienced food preparation personnel. Several openings including supervisory positions available. Flexibility and a willingness to join our team full-time are desired.

Applications also being accepted for Front Desk Clerk

Please submit resumes or pick up applications at our Human Resources Office Monday-Friday from 9:00 a.m. through 12:00 p.m. and 2:00 p.m. through 6:00 p.m.
Resumes or inquiries may be directed to richard.dirks@palacehotelguam.com

*Palace Hotel Guam is an Equal Opportunity Employer*

---



**Guam PDN.com**  The *Pacific Daily News* is now ONLINE
• Local News • Lifestyle • Opinion • Sports • Classifieds • National and International News Online
www.guampdn.com

**FOR ADVERTISING OPPORTUNITIES Call: 477-9711 ext. 203**

---

### Air National Guard
Serve your country and community part-time, learn career skills, get money for college, earn a regular paycheck.
Call 1-800-TO-GO-ANG
Or visit www.GoANG.com

---

### UNITED STATES MARSHALS SERVICE
### DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003
UNITED STATES MARSHAL SERVICE

By: 
JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHALS SERVICE
### DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court, dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: 
JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHALS SERVICE
### DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION,
a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

---

### POSITION ANNOUNCEMENT

### DISTRICT COURT OF GUAM
### DOCKET CLERK/GENERALIST POSITION

**Court Personnel System: CL 25**
**SALARY RANGE: $28,415 - $46,175 plus 25% COLA**
**(Salary commensurate with applicant's experience and education)**

This position is located in the Clerk's Office of the District Court of Guam in Hagatna. The responsibilities of the docket clerk/generalist will include civil, criminal, bankruptcy, and miscellaneous docketing; calendaring; statistical reporting; assisting with financial matters; back-up courtroom duties; secretarial duties; filing; intake; processing appeals; and other duties as assigned. The position requires a great deal of flexibility as the docket clerk/generalist will be responsible for a variety of clerical tasks in support of the Clerk's Office and Chambers.
Additional positions may be filled from this recruitment.

**QUALIFICATIONS:**

This position requires a high school diploma, or the equivalent, and a minimum of two years of general clerical or administrative experience and two years of specialized legal experience and/or financial experience. Education above the high school level in accredited institutions may be substituted for the general experience on the basis of one academic year equals nine months of experience.

**ADDITIONAL REQUIREMENTS:**

The ability to read, write, and comprehend the English language, and to communicate effectively; the ability to deal with people tactfully and courteously; good organizational skills and experience in handling multiple workload demands; good typing skills; and experience with word processing software. Experience with electronic spreadsheets, Internet browsers, and accounting software is preferred.
This position has varied responsibilities and requires a motivated individual who has the ability to work and complete projects with minimal supervision. Candidates must possess a professional demeanor, good judgment, and be a team player.

**APPLICATION PROCEDURE:**

Applicants should submit a completed AO 78 (Application for Employment) with a resume and cover letter to:

CLERK OF COURT
DISTRICT COURT OF GUAM
U.S. COURTHOUSE, 4TH FLOOR
520 W. SOLEDAD AVENUE
HAGATNA, GUAM 96910

**CLOSING DATE FOR APPLICATIONS:** NOVEMBER 21, 2003 (Close of Business)

The AO 78 (Application for Employment) is available at the Clerk's Office or on the Internet at http://www.gud.uscourts.gov/forms.htm.

**INFORMATION FOR APPLICANTS:**

The final candidate will be subject to a background investigation by law enforcement agencies. The United States District Court requires employees to adhere to a code of conduct which is available upon request. All District Court employees are at will employees and serve at the pleasure of the Court. The Federal Financial Reform Act requires direct deposit of federal wages for court employees. You may view this vacancy announcement on the District Court's website at

http://www.gud.uscourts.gov

**THE U.S. DISTRICT COURT IS AN EQUAL OPPORTUNITY EMPLOYER.**

# Generator Sales

Morrico Equipment Corporation together with Kohler and Kubota Diesel generators has earned a reputation for competitive prices and superior after-sales service in the Guam diesel generator market. We are looking for a hard working and career minded sales person to join our sales team in selling generators in the Micronesian market.

**The successful applicant will require:**
* 3 Years previous sales experience.
  (Specific generator product knowledge and sales training will be provided).
* Excellent written and oral communication skills.
* An employment track record of reliability, efficiency and honesty.

After a qualifying period an attractive salary and sales commission package will be offered to include medical insurance, vehicle operating expenses and annual bonus payments. Future sales commission and management opportunities are available in other dealership lines to the person who wants it.

Submit a letter of application and resume to:
Morrico Equipment Corporation,
197 Ypao Road, Tamuning, Guam, 96913,
or email to arm@ite.net.
No telephone inquiries please.

AN EQUAL OPPORTUNITY EMPLOYER





---

# WANTED
!! PAY IS GOOD PLUS TIPS !!
## WAITER/WAITRESS
### ROTARY SUSHI
Apply in person 1pm-8pm
(Across from Reef Hotel) 646-4198
NO PHONE CALLS PLEASE

---

## GUAM WATERWORKS AUTHORITY
Government of Guam
P.O. Box 3010 Hagåtña, Guam 96932
Phone: 647-2603  Fax: 646-2335



The Guam Waterworks Authority is hereby accepting applications for the following positions:

| Job Announcement | Position Title | Closing Date |
|---|---|---|
| EOE002-2003 | BIOLOGIST III | Continuous |
| EOE032-2003 | WATER TREATMENT OPERATOR LEADER | Continuous |
| EOE033-2003 | WATER TREATMENT PLANT SUPERINTENDENT | Continuous |
| EOE034-2003 | COLLECTION AGENT SUPERVISOR | Continuous |
| EOE035-2003 | TROUBLE DISPATCHER | Continuous |
| EOE036-2003 | ACCOUNTANT III | 11/21/2003 |
| EOE037-2003 | CONTROLLER (Unclassified) | 11/21/2003 |

For more information, please call our Human Resources Office at 647-7855/59 or 647-7602 or visit our office at 578 N Marine Drive (1st Floor, Main Office Upper Tumon)

/s/ DAVID R. CRADDICK
Interim General Manager

WE ARE AN EQUAL OPPORTUNITY EMPLOYER
"THIS AD IS PAID FOR BY GWA REVENUE FUNDS"

---

## GUAM POWER AUTHORITY
ATURIDÅT IEKTRESEDÅT GUAHAN
P.O. BOX 2977 • HAGATNA, GUAM U.S.A. 96910-2977

FAX # (671) 649-9528 (Human Resources Office)

### GUAM POWER AUTHORITY
### APPRENTICESHIP TRAINING PROGRAM

The Guam Power Authority is seeking individual(s) interested in completion of a Registered Apprenticeship Training Program in the fields of power plant generation or power distribution systems. Applications are now being accepted. All individuals are encouraged to apply. This publication is not a joint announcement with AHRD.

In order to apply for the Apprenticeship Training program, applicants must satisfy the following requirements:
1. Must be at least eighteen (18) years of age
2. Must be a high school graduate or possess a GED equivalency (High school diploma or GED certificate)
3. Must have six (6) months experience in the mechanical, electrical or electronics trade; or any equivalent combination of experience or training which provides the minimum knowledge, abilities and skills (as applicable for entry level positions such as Plant Utility Worker and/or Electric Operation Trainee).
4. Must be a U.S. citizen or permanent resident.

**REQUIRED DOCUMENTS WITH APPLICATION:**
1. Original Birth Certificate or certified copy
2. High School diploma or GED certificate
3. Police and court clearance.

**HOW AND WHERE TO APPLY:**
Applicants must submit an "application for Employment-Form A" to the Human Resources Division, 1st Floor, Central Office, Harmon. Applications are accepted Monday through Friday, from 8:00 a.m. to 5:00 p.m. excluding Holidays. Deadline to submit applications is close of business on November 24, 2003.

**FOR FURTHER INFORMATION:**
For further details on the Apprenticeship Training program announcement, please call 649-9520 or visit the Guam Power Authority Human Resources Division.

"AN EQUAL OPPORTUNITY EMPLOYER"
This notice is paid for by GPA revenue funds
APPROVED BY:

/s/ JOHN M. BENAVENTE
GENERAL MANAGER



---

Let the Pacific Daily News Classifieds Work for YOU!
Call **472-1 PDN** for more information
Pacific Daily News

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18, may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc., in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: 
JOAQUIN L.G. SALAS
United States Marshal

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,

CIVIL CASE NO. CIV03-00020

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (B) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

---

## SHOOTING INSTRUCTOR F/T
Firearm I.D. & D/L Req. No experience necessary. Apply at Western Frontier Village Next to Reef Hotel Tumon

---

### NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to Section 2932 of the Civil Code of Guam, as codified by 18-GCA § 36.1.3, that the Mortgage executed and delivered by TAKEO MASUDA and KIMIKO MASUDA, as Mortgagors, to BANK OF HAWAII, as Mortgagee, dated October 28, 1991, and recorded on October 24, 1991, with Department of Land Management, Government of Guam, Office of the Recorder, as Instrument No. 461980, all having been assigned pursuant to a power of sale contained in the Mortgage by a sale of the premises encumbered by such Mortgage, as hereinafter described, WITHOUT WARRANTY, BEING GIVEN, to the highest bidder at public auction at the Mayor's Office, Tamuning, Guam, at 9:00 a.m., on December 1, 2003, to satisfy the amount due on such Mortgage on the day of sale. The terms of the sale are: strictly cash, certified or cashier's check. The premises that are described in such Mortgage and that will be sold to satisfy the Mortgage are as follows: Apartment Number 302, (the "Apartment") of those certain premises comprising the VILLA DE COCO Project, situated on Lot Number 5114-1-5-R1NEW, (Consolidation of Lots 5114-1-6-R1 and 5114-1-R2NEW-R1, formerly known as Lot 5114-1-4-2-R9NEW-A-A2) MUNICIPALITY OF TAMUNING, (formerly of DEDEDO), Guam. The Project having been established as a horizontal property regime by the Declaration and Bylaws filed in the office of the Recorder, Guam, under pursuant to the provisions of the Act, as shown on condominium Map No. 081, and as further described in the Mortgage and Notice of Default and Election to Sell Under Mortgage recorded in the Department of Land Management, Government of Guam, on August 18, 2003, as Instrument No. 679774.

The undersigned are attorneys for the lawful owner of such Mortgage and the Note secured thereby. The Mortgagors have defaulted in the performance of the terms and conditions of the Note and Mortgage, and BANK OF HAWAII claims all of the principal in the sum of ONE HUNDRED SIXTY-FOUR THOUSAND FOUR HUNDRED NINETY-SIX AND 15/100 DOLLARS ($164,496.15), and interest in the sum of EIGHT THOUSAND FIVE HUNDRED SEVENTY-EIGHT AND 86/100 DOLLARS ($8,578.86) as of October 29, 2003, and late charges to be paid on the Mortgage, plus interest accrued upon the unpaid principal thereon at the adjustable rate of three percentage points (3.00%) above the Current index per annum, from and after October 29, 2003, together with costs of sale and attorney fees.

The undersigned reserves the right to withdraw this notice, to reject any bid or to accept only the highest bid, and to postpone the sale from time to time. This Notice is made for the purpose of collecting a debt and any information obtained by the undersigned will be used for that purpose.

DATED this 30th day of October, 2003.
CARLSMITH BALL LLP
/by/ MEREDITH M. SAYRE
4th Fl., Bank of Hawaii Bldg.
Post Office Box BF
Hagatna, Guam 96932
Attorneys for Bank of Hawaii
GUAM, U.S.A.

Municipality of Hagåtña
On this 30th day of October, 2003, before me, a notary public in and for Guam, U.S.A., personally appeared MEREDITH M. SAYRE, known to me to be the person whose name is subscribed to the foregoing NOTICE OF SALE UNDER MORTGAGE, and acknowledged to me that she signed it voluntarily for its stated purpose as attorney for BANK OF HAWAII.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

/s/ MARY P. QUINATA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires April 11, 2005
P.O. BOX BF, Hagåtña, Guam 96932

## 50

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff, vs. M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: JOAQUIN L.G. SALAS, United States Marshal

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff, vs. [vessel]

CIVIL CASE NO. CIV03-00020

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging; NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14-(b), and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10 day of November 2003.

UNITED STATES MARSHAL SERVICE
By: JOAQUIN L.G. SALAS, United States Marshal

### COMPADRES MALL SPACES FOR RENT

2,000 sq. ft. (Restaurant Space)
20,000 Sq. ft. can be sub-divided into 2-10,000 sq. ft. for warehouse space or retail space.
Bar/Billiards for sale (best offer)

A/C, 100% Back-up Generator, Security, etc.

Call Madi at (671) 635-3094/5
Fax: (671) 632-3678
E-mail: rumc@ite.net

### WANTED
!! PAY IS GOOD PLUS TIPS !!
**WAITER/WAITRESS**
*ROTARY SUSHI*
Apply in person 1pm-8pm
(Across from Reef Hotel) 646-4198
NO PHONE CALLS PLEASE



### FILE CLERK
LAW FIRM in Hagatna is seeking a full time File Clerk. Word processing and clerical experience preferred. Apply in person at:

McCully & Beggs, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam
Telephone: (671) 477-7418

### HOUSES FOR SALE

| Listing | sqm | Price |
|---|---|---|
| Sta. Rita (Central Village, Mayor's Office & Catholic Church) Lot 6 block 11, Off Fena Road | 909 | $28,995 |
| Santa Rita (Adjoining Hyundai Housing, Southern HS & Truman Elem. School) Lot 238-2A-2- 80 ft. frontage | 800 | 59,995 |
| Lot 14, Pale Ferdinand Way | 1,364 | 38,995 |
| Lot 6, Pale Ferdinand Circle, oceanview | 1,813 | 35,000 |
| Lot 7, Pale Ferdinand Circle, oceanview | 2,115 | 45,000 |
| Lot 4-1, San Isidro St., elev. riverfront | 1,054 | 25,995 |
| Lot 4-R1, San Isidro St., bucolic, scenic Namo Falls | 1,395 | 26,995 |
| Lot 5, San Isidro St. bucolic, scenic Namo Falls | 1,325 | 36,995 |
| Lot 20, San Isidro St. Bucolic, scenic Mt. Alifan | 1,077 | 26,995 |
| Lot 10-R1, San Antonio St., scenic Namo River Valley | 1,053 | 27,995 |
| Lot 238-6, Sta. Lucia St. Valley View | 929 | 25,995 |
| Lot 238-8, Sta. Lucia St. elevated riverfront | 1,163 | 25,000 |
| Lot 239-R9, Sta. Lucia, elevated, scenic view | 1,858 | 42,990 |

**VACANT LOTS**

| Listing | sqm | Price |
|---|---|---|
| Bucolic, quiet neighborhood w/ utilities | 1,858 | $29,875 |
| (Central Village w/ underground utilities) Lot 5-R1 Loreta Street, 2 blks. to Sta. Barbara Church | | 26,995 |
| near baseball park, w/ 2 Br cottage | 939 | 39,995 |
| Lot 22-1, San Miguel St. & Cabrera Lane | 929 | 25,000 |
| Off Chapel Rd. Lot 2344 | 1,680 | 26,995 |
| Lot No. 2901-NEW-2 | 929 | 29,000 |
| Lot 2101-NEW-1 w/ unfinished concrete house | 929 | 35,000 |
| Lot 2101-NEW-R3 w/ unfinished concrete house | 1,837 | 55,000 |

**LAND**

CALL: 477-8530 • 475-4545

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM
**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff, vs. M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: JOAQUIN L.G. SALAS, United States Marshal



### IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE OF MARY GONZALES MANDELL, Deceased.

PROBATE CASE NO. PR0122-03

**NOTICE TO CREDITORS**

Notice is hereby given by the undersigned MARY ANTOINETTE M. PALAD, Administratrix of the estate of Mary Gonzales Mandell, to the creditors of, and all persons having claims against the said estate or against said deceased, that within sixty (60) days after the first publication of this notice, they either file them with necessary vouchers in the Office of the Clerk of the Superior Court of Guam, or exhibit them with the necessary vouchers to the said MARY ANTOINETTE M. PALAD, Administratrix at c/o 238 Archbishop Flores St., Ste. 903, Hagåtña, Guam 96910-5205, the same being the place for the transaction of said estate. Dated this 13th day of November, 2003.

/s/ MARY ANTOINETTE M. PALAD, Administratrix

### Century 21 COMMONWEALTH REALTY
Free Real Estate Classes! Saturday: 10:00 a.m.
649-2100 / 649-2121
B-1 Tsai's Bldg. 119
South Marine Dr. Tamuning, Guam 96911
Moe Cotton, Principal Broker
SALESPERSON OF THE WEEK: Chris Taylor
MLS

    

Barrigada Hgts $380k | Barrigada $145k | Yona $350k | Yigo 4BR/2BA $140k | Sun Shine Condo $95k or All for $740k | Chalan Pago $150k

**COMMERCIAL**
DEDEDO: Printing business for sale w/inventory & printing machines. Building includes 2BR apt. $395,000 (3735)

**RENTAL**
$400 & up studio/1BR w/city & oceanview

**CONDO**
TAMUNING: Sunset Court; 2BR & 3BR, central a/c, stove, ref. ($37,000-$49,000) 8 units $49,000 (3708)
TUMON: Spacious 3BR/2BA condo in the heart of Pleasure Island in Tumon Bay. $110,000 (3807)

**SFD**
BARRIGADA: Well maintained 3BR/1.5BA, built-in entertainment cabinet in living room. $145,000 (3803)
DEDEDO: 3BR/2BA, 2 story home on 1/2 acre lot on top of Wusstig area. $250,000 (3798)
MANGILAO: Big 6 yr old duplex in Adacao. 2BR/2BA, on each side, 2,036sf of living area on 1,060sm lot. $149,000 (3771)
WINDWARD: 4BR/3BA close to golf course. Property is an elevated corner lot. $165,000 (3805)
YIGO: 4BR/3BA on an acre lot with fence & gate. $175,000 (3804)

**LAND**
AGANA HGT: 1/2 acre, beautiful mountain view next to Shrine Club, great neighborhood $96,000 (3747)
INARAJAN: 6,095sm, nice clear lot, great neighborhood w/utilities nearby $150,000 (3732)
TALOFOFO: Large tract of A land either for farming or development later. 39,579sm $178,200 (3751)
TAMUNING: Rare Tamuning lot available. Cleared with a brand new conc fence. Ready to build. $125,000 (3724)
YIGO: Marine Dr. frontage, perfect for developer. Approx 49,375sm, comm zone. Negotiable $3,703,200 (3479)
YIGO: Nice lot 4,071sm, adjacent to lot fronting Marine Dr. $139,000 (3479)
YIGO: 3,335 sm, Zone C, Marine Dr. frontage. Sales price is based on $125/sm negotiable. $416,875 (3785)
AGAT: 1,907sm next to former Mobil Gas. Fronting Rt 2, oceanfront property. Price is negotiable. $286,050 (2499)
TUMON: Tumon Beach, prime location! Total of 9,423sm negotiable. $1,500,000 (3177)